AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Editions Cahiers d'Art, EURL | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| Twyla, Inc. and Marco Fine Arts, Inc. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Twyla, Inc.; 209 West 9th Street #200; Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Mooney
RJM Litigation Group
505 Montgomery St. #1100
San Francisco, CA 94111
415.874.3711; richard.mooney@rjmlitigation.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/30/2023

/s/ P. Canales
*Signature of Clerk or Deputy Clerk*